**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00666-RMR-STV

MEGAN MATTHEWS,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO
CHIEF OF POLICE PAUL PAZEN, and
JOHN & JANES DOES 1-5,

      Defendants.

---

**STIPULATON FOR DISMISSAL WITH PREJUDICE**

---

      Plaintiff, Megan Matthews, and Defendants, City and County of Denver and Chief of Police Paul Pazen ("Defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit and all claims against Defendants with prejudice.  As part of this stipulation, each party agrees to pay their own costs and attorneys' fees.

      DATED this 15th day of March, 2022.

Respectfully submitted,

By: *s/ Lindsay M. Jordan*
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: lindsay.jordan@denvergov.org

Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
*Counsel for the City and County of Denver and Paul Pazen*

By: *s/ Ross Ziev*
Ross Ziev
The Law Offices of Ross Ziev, P.C.
6795 E. Tennessee Ave., Suite 210
Denver, CO 80224
Telephone: (303) 351-2567
Facsimile: (720) 669-6992
E-mail: ross@helpincolorado.com
*Attorney for Plaintiff Megan Matthews*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of March, 2022, the  foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

The Law Offices of Ross Ziev, P.C.
Ross Ziev
Daniel S. Wilson
ross@helpincolorado.com
dan@helpincolorado.com
MatthewsMeganZ7230292@projects.filevine.com
*Attorney for Plaintiff*

<u>*s/ Sarah Peasley*</u>
Denver City Attorney's Office